**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01519-CR

**DERRICK BRYAN ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82591-2011**

## ORDER

The appellate record in this case includes two CDs containing copies of State's Exhibits 13 and 15, audio recordings of phone calls appellant made while in the Collin County Jail. The CDs are defective, and thus, the Court is unable to hear the recordings. The Court **ORDERS** Karla Kimbrell, Official Court Reporter for the 380th Judicial District Court, to send us the CDs containing the original exhibits within **TEN DAYS** of the date of this order.

/s/     LANA MYERS
         JUSTICE